# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-25-00258-CV

———————————————

ESTATE OF JERRY BOB ABBOTT, DECEASED

On Appeal from Probate Court No. 1
Denton County, Texas
Trial Court No. PR-2024-00499-A

Before Wallach, J.; Sudderth, C.J.; and Walker, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered Appellants' "Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f). Appellants' "Motion to Abate Appeal Until Trial Court Record Is Corrected" is denied as moot.

Appellants must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: July 24, 2025